Wilson **GUILBEAU**, Plaintiff-Appellant,

v.

**CLARK SEAFOOD COMPANY, Inc.**, et al., Defendants-Appellees.

No. 30805

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Nov. 23, 1971.

Rehearing Denied Dec. 1, 1971.

R. L. Netterville, Natchez, Miss., Holleman & Necaise, Norman Breland, Boyce Holleman, Gulfport, Miss., for plaintiff-appellant.

Thomas M. Galloway, Mobile, Ala., Clinton Lockard, Weisenburg & Lockard, Pascagoula, Miss., Collins, Galloway & Murphy, Mobile, Ala., for defendants-appellees.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

1. See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.